687 A.2d 1117

**INDEPENDENCE BLUE CROSS, Appellant,**

v.

**PENNSYLVANIA INSURANCE DEPARTMENT, Appellee,**

**Health Systems International, Inc. and Qualmed Plans for Health of Pennsylvania, Inc., Intervenors.**

Supreme Court of Pennsylvania.

Jan. 3, 1997.

PER CURIAM.

## ORDER

AND NOW, this 3rd day of January, 1997, it is hereby ordered that:

(1) the motion to quash the appeal of Independence Blue Cross is denied;

(2) the motion for leave to file reply brief in support of the motion to quash is denied; and

(3) the January 17, 1996 Order of the Commonwealth Court is affirmed.